Borough of Manhattan, City of New York, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. DAN WEIL and MAURICE DEBOER, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY BROVAR, Appellant, v. KATE LIVINGSTON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAM BROVAR, Appellant, v. KATE LIVINGSTON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ

In the Matter of the Application of ANNA BEA PRENDERGAST, Appellant, for an OrderDirecting ALEXANDER A. MAYPER, an Attorney, Respondent, to Pay over Certain Sums of Money.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE FORDHAM METHODIST EPISCOPAL CHURCH, INC., Appellant, v. DAVID B. ROBERTS, Doing Business under the Trade Name of DAVID B. ROBERTS COMPANY, etc., Respondent, Impleaded with Others. DAVID B. ROBERTS, Plaintiff, v. THE FORDHAM METHODIST EPISCOPAL CHURCH, INC., Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROSE G. STERN, Individually and as Executrix, etc., of EMANUEL JOSEPH STERN, Deceased, Respondent, v. BARNEY GINSBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ÆTNA FIREPROOF ARCH CO., INC., Respondent, v. JULIA O., INC., and YORKVILLE OPERATING CORPORATION, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH M. ROSENWASSER, Appellant, v. HARRY SCHOENFELD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. J. G. REALTY CO., INC., Appellant, v. WINCHESTER HOLDING CORPORATION and Others, Defendants, Impleaded with ANNE MINOT, Third Party, Respondent. (Appeal No. 1.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. J. G. REALTY CO., INC., Appellant, v. WINCHESTER HOLDING CORPORATION and Others, Defendants, Impleaded with ANNE MINOT, Third Party, Respondent. (Appeal No. 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENEDICT SCHWARZ, Respondent, v. A. S. HERRMANN, INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the